■ In the Matter of KADIZA D., a Child Alleged to be Permanently Neglected. SAANIEL T., Appellant; ABBOTT HOUSE, Respondent. [27 NYS3d 858]—

Order, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about March 6, 2015, which, to the extent appealed from as limited by the briefs, found that respondent mother had permanently neglected the subject child, unanimously affirmed, without costs.

The finding of permanent neglect was supported by clear and convincing evidence (see Social Services Law § 384-b [7] [a]). The record shows that petitioner agency exercised diligent efforts to encourage and strengthen the parental relationship by, among other things, encouraging visitation with the subject child and referring the mother for parenting skills and mental health services (see § 384-b [7] [f]; Matter of O. Children, 128 AD2d 460, 463-464 [1st Dept 1987]). The mother's failure to cooperate is not the fault of the agency, as it is not a guarantor of the mother's success (see Matter of Imani Elizabeth W., 56 AD3d 318, 319 [1st Dept 2008]). Concur—Tom, J.P., Friedman, Richter, Gische and Gesmer, JJ.